**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-21639-JPC |
| | § | |
| OLUWAYEMISI MARY ADESOPE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/07/2013, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/08/2013                          By:   /s/ David P. Leibowitz

                                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-21639-JPC |
| | § | |
| OLUWAYEMISI MARY ADESOPE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $125,000.00
*and approved disbursements of*          $65,556.48
*leaving a balance on hand of[1]:*          $59,443.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 0 | The Rawlings Company | $4,804.93 | $4,804.93 | $4,804.93 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $59,443.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $6,308.11 | $0.00 | $6,308.11 |
| David P. Leibowitz, Trustee Expenses | $20.30 | $0.00 | $20.30 |
| Lakelaw, Attorney for Trustee Fees | $3,570.00 | $0.00 | $3,570.00 |
| Lakelaw, Attorney for Trustee Expenses | $8.24 | $0.00 | $8.24 |

Total to be paid for chapter 7 administrative expenses:      $9,906.65
Remaining balance:      $49,536.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $49,536.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $49,536.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $691.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC / Assignee / AT&T | $78.11 | $0.00 | $78.11 |
| 2 | Ingalls Midwest Emergency | $346.45 | $0.00 | $346.45 |
| 3 | South Suburban Gastroenterology | $267.15 | $0.00 | $267.15 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $691.71 |
| Remaining balance: | $48,845.16 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $48,845.16 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $48,845.16 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.39 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $7.19. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $48,837.97.

Prepared By:   /s/ David P. Leibowitz
                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-21639-JPC
Oluyemisi Mary Adesope                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon          Page 1 of 2          Date Rcvd: Feb 11, 2013
                              Form ID: pdf006        Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2013.
db           #+Oluyemisi Mary Adesope,    17337  Green Bay Ave,    Lansing, IL 60438-1335
15564227     +Citibank,    PO Box 6241,   Sioux Falls SD 57117-6241
16162503     +Dependon Collectionse,    P O box 4833,    Oak Brook, IL 60522-4833
16161070     +HFC,    P O Box 17574,    Baltimore, MD 21297-1574
16161071     +Ingalls Memorial Hop.,    P O Box 5995,    Peoria, IL 61601-5995
19300154     +Ingalls Midwest Emergency,    4415 W. Harrison #435,    Hillside, IL 60162-1906
15564228     +Real Estate Loan,    PO Box 3425,    Buffalo NY 14240-3425
19300159     +South Suburban Gastroenterology,    Dependon,    4415 W. Harrison, #435,    Hillside, IL 60162-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16162502     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 12 2013 02:26:29      Asset Acceptance LLC,
               P O Box 2036,    Warren, MI 48090-2036
19282224     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 12 2013 02:26:29      Asset Acceptance LLC / Assignee / AT&T,    Po Box 2036,    Warren MI 48090-2036
                                                                                          TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Matthew I Baker
aty          Sandman, Levy and Petrich
                                                                              TOTALS: 2, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Feb 13, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1            User: pgordon            Page 2 of 2            Date Rcvd: Feb 11, 2013
                               Form ID: pdf006          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3