**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-21639-JPC
§
OLUWAYEMISI MARY ADESOPE §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $45,400.00 | Assets Exempt: | $4,480.00 |
| Total Distributions to Claimants: | $5,503.83 | Claims Discharged Without Payment: | $18,877.71 |
| Total Expenses of Administration: | $55,658.20 | | |

3) Total gross receipts of $125,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $63,837.97 (see **Exhibit 2**), yielded net receipts of $61,162.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $95,619.00 | $4,804.93 | $4,804.93 | $4,804.93 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $55,657.90 | $55,657.90 | $55,658.20 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,877.71 | $691.71 | $691.71 | $698.90 |
| **Total Disbursements** | $114,496.71 | $61,154.54 | $61,154.54 | $61,162.03 |

4). This case was originally filed under chapter 7 on 05/10/2010. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2013        By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Adesope v American Signature, Inc 11cv4719 | 1142-000 | $125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| OLUWAYEMISI MARY ADESOPE | Exemptions | 8100-002 | $15,000.00 |
| ADESOPE, OLUWAYEMISI MARY | Surplus Funds | 8200-002 | $48,837.97 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$63,837.97** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HFC | 4110-000 | $95,619.00 | NA | $0.00 | $0.00 |
| 0 | The Rawlings Company | 4220-000 | NA | $4,804.93 | $4,804.93 | $4,804.93 |
| **TOTAL SECURED CLAIMS** | | | **$95,619.00** | **$4,804.93** | **$4,804.93** | **$4,804.93** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $6,308.11 | $6,308.11 | $6,308.11 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $20.30 | $20.30 | $20.30 |
| Green Bank | 2600-000 | NA | $278.73 | $278.73 | $278.73 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,570.00 | $3,570.00 | $3,570.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $8.24 | $8.24 | $8.24 |
| Special Counsel for Trustee | 3210-600 | NA | $41,666.00 | $41,666.00 | $41,666.00 |
| Special Counsel for Trustee | 3220-610 | NA | $3,806.52 | $3,806.52 | $3,806.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$55,657.90** | **$55,657.90** | **$55,658.20** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC / Assignee / AT&T | 7100-000 | NA | $78.11 | $78.11 | $78.11 |
| 2 | Ingalls Midwest Emergency | 7100-000 | NA | $346.45 | $346.45 | $346.45 |
| 3 | South Suburban Gastroenterology | 7100-000 | NA | $267.15 | $267.15 | $267.15 |
|  | Asset Acceptance LLC / Assignee / AT&T | 7990-000 | $0.00 | $0.00 | $0.00 | $0.81 |
|  | Ingalls Midwest Emergency | 7990-000 | $0.00 | $0.00 | $0.00 | $3.60 |
|  | South Suburban Gastroenterology | 7990-000 | $0.00 | $0.00 | $0.00 | $2.78 |
|  | Asset Acceptance | 7100-000 | $7,800.00 | NA | NA | $0.00 |
|  | Citibank | 7100-000 | $8,660.00 | NA | NA | $0.00 |
|  | Dependon Collection | 7100-000 | $85.00 | NA | NA | $0.00 |
|  | Dependon Collection | 7100-000 | $83.00 | NA | NA | $0.00 |
|  | HCF | 7100-000 | $2,249.71 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | **$18,877.71** | **$691.71** | **$691.71** | **$698.90** |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1
Exhibit 8

| **Case No.:** | 10-21639-JPC | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- |
| **Case Name:** | ADESOPE, OLUWAYEMISI MARY | **Date Filed (f) or Converted (c):** | 05/10/2010 (f) |
| **For the Period Ending:** | 6/17/2013 | **§341(a) Meeting Date:** | 07/21/2010 |
| | | **Claims Bar Date:** | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Adepose, Oluyemisi v. American Signature, Inc, etc. Case No. 11 cv 4719 | $0.00 | $125,000.00 | | $0.00 | FA |
| 2 17337 Greenbay Ave, Lansing IL 60438 | $45,000.00 | $0.00 | | $0.00 | FA |
| 3 Cash on Hand | $40.00 | $0.00 | | $0.00 | FA |
| 4 Bank Account / Chase Bank | $240.00 | $0.00 | | $0.00 | FA |
| 5 Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 6 Books, Pictures, Tape | $800.00 | $0.00 | | $0.00 | FA |
| 7 Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 8 Lexus 1994 GS | $2,800.00 | $400.00 | | $0.00 | FA |
| 9 Adesope v American Signature, Inc 11cv4719 | $0.00 | $125,000.00 | | $125,000.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$49,880.00    $250,400.00    $125,000.00    $0.00

**Major Activities affecting case closing:**
Motion to reopen to pursue personal injury case
Special counsel is employed. Mediation to be held at end of July 2012
TFR Completed Sent to UST Office for review and approval.
Prepare TDR
TDR Completed

| **Initial Projected Date Of Final Report (TFR):** | 05/28/2013 | /s/ DAVID LEIBOWITZ |
| --- | --- | --- |
| **Current Projected Date Of Final Report (TFR):** | 05/28/2013 | DAVID LEIBOWITZ |

FORM 2
Page No: 1
Exhibit 9

Case 10-21639    Doc 47    Filed 06/17/13    Entered 06/17/13 11:17:18    Desc Main
Document    Page 6 of 8

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-21639-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ADESOPE, OLUWAYEMISI MARY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9056 | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/10/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2012 | (9) | Zurich American Insurance Company | Settlement of PI case. | 1142-000 | $120,195.07 | | $120,195.07 |
| 10/09/2012 | | Zurich American Insurance Company | Payment of Subrogation lien | * | | | $120,195.07 |
| | {9} | | $4,804.93 | 1142-000 | | | $120,195.07 |
| | | | $(4,804.93) | 4220-000 | | | $120,195.07 |
| 10/09/2012 | 3001 | OLUWAYEMISI MARY ADESOPE | Exemptions claimed RE Personal Injury Case. | 8100-002 | | $15,000.00 | $105,195.07 |
| 10/09/2012 | 3002 | Sandman, Levy and Petrich | Payment to Personal Injury counsel for fees and expenses per Court Order entered on 09/13/2012. | * | | $45,472.82 | $59,722.25 |
| | | | $(41,666.00) | 3210-600 | | | $59,722.25 |
| | | | $(3,806.82) | 3220-610 | | | $59,722.25 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.53 | $59,632.72 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $99.33 | $59,533.39 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.87 | $59,443.52 |
| 03/08/2013 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $6,308.11 | $53,135.41 |
| 03/08/2013 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $20.30 | $53,115.11 |
| 03/08/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 3,570.00; Amount Allowed: 3,570.00; Distribution Dividend: 100.00; | 3110-000 | | $3,570.00 | $49,545.11 |
| 03/08/2013 | 3006 | Lakelaw | Claim #: ; Amount Claimed: 8.24; Amount Allowed: 8.24; Distribution Dividend: 100.00; | 3120-000 | | $8.24 | $49,536.87 |
| 03/08/2013 | 3007 | Asset Acceptance LLC / Assignee / AT&T | Claim #: 1; Amount Claimed: 78.11; Amount Allowed: 78.11; Distribution Dividend: 100.00; | * | | $78.92 | $49,457.95 |
| | | | Claim Amount $(78.11) | 7100-000 | | | $49,457.95 |
| | | | Interest $(0.81) | 7990-000 | | | $49,457.95 |
| 03/08/2013 | 3008 | Ingalls Midwest Emergency | Claim #: 2; Amount Claimed: 346.45; Amount Allowed: 346.45; Distribution Dividend: 100.00; | * | | $350.05 | $49,107.90 |
| | | | Claim Amount $(346.45) | 7100-000 | | | $49,107.90 |
| | | | Interest $(3.60) | 7990-000 | | | $49,107.90 |
| 03/08/2013 | 3009 | South Suburban Gastroenterology | Claim #: 3; Amount Claimed: 267.15; Amount Allowed: 267.15; Distribution Dividend: 100.00; | * | | $269.93 | $48,837.97 |
| | | | Claim Amount $(267.15) | 7100-000 | | | $48,837.97 |
| | | | Interest $(2.78) | 7990-000 | | | $48,837.97 |
| 03/08/2013 | 3010 | ADESOPE, OLUWAYEMISI MARY | Claim #: ; Amount Claimed: 48,837.97; Amount Allowed: 48,837.97; Distribution Dividend: 100.00; | 8200-002 | | $48,837.97 | $0.00 |
| | | | | **SUBTOTALS** | $120,195.07 | $120,195.07 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 10-21639-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ADESOPE, OLUWAYEMISI MARY | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9056 | **Checking Acct #:** | ******3901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/10/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/17/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $120,195.07 | $120,195.07 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $120,195.07 | $120,195.07 | |
| Less: Payments to debtors | $0.00 | $63,837.97 | |
| **Net** | $120,195.07 | $56,357.10 | |

**For the period of 5/10/2010 to 6/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $125,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $61,162.03 |
| Total Non-Compensable Disbursements: | $63,837.97 |
| Total Comp/Non Comp Disbursements: | $125,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/04/2012 to 6/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $125,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $61,162.03 |
| Total Non-Compensable Disbursements: | $63,837.97 |
| Total Comp/Non Comp Disbursements: | $125,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| **Case No.** | 10-21639-JPC |
| **Case Name:** | ADESOPE, OLUWAYEMISI MARY |
| **Primary Taxpayer ID #:** | ******9056 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/10/2010 |
| **For Period Ending:** | 6/17/2013 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $120,195.07 | $120,195.07 | $0.00 |

| **For the period of 5/10/2010 to 6/17/2013** | | **For the entire history of the case between 05/10/2010 to 6/17/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $125,000.00 | Total Compensable Receipts: | $125,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,000.00 | Total Comp/Non Comp Receipts: | $125,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $61,162.03 | Total Compensable Disbursements: | $61,162.03 |
| Total Non-Compensable Disbursements: | $63,837.97 | Total Non-Compensable Disbursements: | $63,837.97 |
| Total Comp/Non Comp Disbursements: | $125,000.00 | Total Comp/Non Comp Disbursements: | $125,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ